# United States Court of Appeals
### For the Eighth Circuit

———————————————

No. 19-3110

———————————————

United States of America

*Plaintiff - Appellee*

v.

Dijon T. Dixon

*Defendant - Appellant*

——————————

Appeal from United States District Court
for the Western District of Missouri - Kansas City

——————————

Submitted: May 4, 2020
Filed: May 7, 2020
[Unpublished]

——————————

Before COLLOTON, BEAM, and KOBES, Circuit Judges.

——————————

PER CURIAM.

Dijon Dixon appeals the sentence the district court[1] imposed after he pleaded guilty to a firearm offense, pursuant to a binding plea agreement containing an appeal

———————————————

[1]The Honorable Beth Phillips, Chief Judge, United States District Court for the Western District of Missouri.

waiver. His counsel has moved to withdraw and has filed a brief under <u>Anders v. California</u>, 386 U.S. 738 (1967).

We conclude that Dixon's appeal of his sentence is foreclosed by the appeal waiver. <u>See</u> <u>United States v. Scott</u>, 627 F.3d 702, 704 (8th Cir. 2010) (standard of review); <u>United States v. Andis</u>, 333 F.3d 886, 889-92 (8th Cir. 2003) (en banc) (discussing enforcement of appeal waivers). As to the potential claims of ineffective assistance of counsel and prosecutorial misconduct that counsel also discusses in the <u>Anders</u> brief, Dixon has not identified any support in the record for a claim of prosecutorial misconduct, and we defer any claims of ineffective assistance of counsel for collateral proceedings. <u>See</u> <u>United States v. McAdory</u>, 501 F.3d 868, 872 (8th Cir. 2007) (this court ordinarily defers ineffective-assistance claims to 28 U.S.C. § 2255 proceedings).

Having independently reviewed the record pursuant to <u>Penson v. Ohio</u>, 488 U.S. 75 (1988), we find no nonfrivolous issues for appeal outside the scope of the appeal waiver. Accordingly, we grant counsel's motion and dismiss this appeal.

_____